ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rcaldwell@klnevada.com
wschuller@klnevada.com

Attorneys for Defendant,
UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THEODORE PAVLIK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a foreign corporation; DOES 1 through 10 inclusive; and ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-00885-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the deadline for Defendant, UNITED AIRLINES, INC., to respond to the Complaint [Doc. 1], currently June 4, 2015, shall be extended to **June 18, 2015**. No prior extensions have been granted.

**IT IS SO ORDERED.**

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

1873027 (991034-182)                Page 1 of 2

| DATED this 1st day of June, 2015. | DATED this 1st day of June, 2015. |
|---|---|
| **KOLESAR & LEATHAM** | **ESTEBAN-TRINIDAD LAW, P.C.** |
| By: /s/ William D. Schuller, Esq.<br>Robert J. Caldwell, Esq.<br>Nevada Bar No. 007637<br>William D. Schuller, Esq.<br>Nevada Bar No. 011271<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145 | By: /s/ M. Lani Esteban-Trinidad, Esq.<br>M. Lani Esteban-Trinidad, Esq.<br>Nevada Bar No. 006967<br>4315 N. Rancho Drive, Ste. 110<br>Las Vegas, Nevada 89130 |
| Attorneys for Defendant,<br>UNITED AIRLINES, INC. | Attorneys for Plaintiff,<br>THEODORE PAVLIK |

ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____