**ESTEBAN-TRINIDAD LAW, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada 89130
Telephone: (702) 736-5297
Facsimile: (702) 736-5299

Attorney for Plaintiff,
THEODORE PAVLIK

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEVADA

| | |
|---|---|
| THEODORE PAVLIK, an individual;<br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a foreign corporation,<br>DOES 1 through 10 inclusive;<br>ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br>　　　　　Defendants. | Case No: 2:15-CV-00885-APG-PAL |

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO TRANFER VENUE [FIRST REQUEST]**

Plaintiff THEODORE PAVLIK (hereinafter "Plaintiff") and UNITED AIRLINES, INC. (hereinafter "Defendant"), by and through their respective counsels of record, hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion to Transfer Venue, up to and including July 20, 2015.

This extension is necessary to provide adequate time for Plaintiff to receive and review necessary information in order to respond to Defendant's Motion to Transfer Venue. This is the first request for an extension of time to respond to Defendant's Motion to Transfer Venue.

…

…

-1-

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: June 24th, 2015 | Dated: June 24th, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| **ESTEBAN-TRINIDAD LAW, P.C.** | **KOLESAR & LEATHAM** |
| /s/ M. Lani Esteban-Trinidad | /s/ William D. Schuller |
| M. LANI ESTEBAN-TRINIDAD, ESQ.<br>4315 N. Rancho Drive, Ste. 110<br>Las Vegas, Nevada 89130<br>Telephone: (702) 736-5297<br>Fax: (702) 736-5299 | WILLIAM D. SCHULLER, ESQ.<br>ROBERT J. CALDWELL, ESQ.<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>Telephone: (702) 362-7800<br>Facsimile: (702) 362-9472 |
| | and |
| | **REED SMITH LLP**<br>TIFFANY RENEE THOMAS, ESQ.<br>(Pro Hac Vice Application Forthcoming)<br>JULIA Y. TRANKIEM, ESQ.<br>(Pro Hac Vice Application Forthcoming) |
| Attorney for Plaintiff,<br>THEODORE PAVLIK | Attorneys for Defendant,<br>UNITED AIRLINES, INC. |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: June 24, 2015.